[No. 33532-8-II.   Division Two.   July 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY LAVELL HANSON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-1-02082-8, Paula Casey, J., entered June 30, 2005. *Reversed with instructions* by unpublished opinion per Penoyar, J., concurred in by Houghton and Armstrong, JJ.

[No. 33565-4-II.   Division Two.   July 11, 2006.]

DIANE O. SWIFT ET AL., *Respondents*, v. PAUL D. GROOM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-06197-6, Kathryn J. Nelson, J., entered July 18, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Armstrong, J.

[No. 33585-9-II.   Division Two.   July 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DAVID HUFFMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 05-1-00048-7, Craddock D. Verser, J., entered July 25, 2005. *Reversed* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Armstrong, J.

[No. 33719-3-II.   Division Two.   July 11, 2006.]

OBED NORMAN, *Appellant*, v. THE STATE OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-2-00571-1, Barbara D. Johnson, J., entered August 23, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Armstrong and Penoyar, JJ.